826

No. 174. Local 542, International Union of Operating Engineers, AFL–CIO v. National Labor Relations Board. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* and *Martin J. Vigderman* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 175. Montreal Securities, Inc. v. United States. Court of Claims. Certiorari denied. *Carl L. Shipley* and *Thomas A. Ziebarth* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Richard S. Salzman* for the United States.

No. 176. Technograph Printed Circuits, Ltd., et al. v. Bendix Corp. C. A. 4th Cir. Certiorari denied. *Walter J. Blenko* and *Walter J. Blenko, Jr.*, for petitioners. *Benjamin C. Howard, Harold J. Birch* and *Edward F. McKie, Jr.*; for respondent.

No. 177. American Can Co. v. New Jersey. Supreme Court of New Jersey. Certiorari denied. *Samuel M. Coombs, Jr.*, for petitioner. *Arthur J. Sills*, Attorney General of New Jersey, and *Charles J. Kehoe*, Deputy Attorney General, for respondent.

No. 182. Texas State AFL–CIO et al. v. Kennedy, Attorney General, et al. C. A. D. C. Cir. Certiorari denied. *Charles J. Morris* and *J. Albert Woll* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for respondents. *Martin L. Friedman* and *Michael J. Shea* for Alvarado et al., intervenor-respondents.